Entered on Docket
September 08, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed September 5, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

In re

Jimmy Larry Lopez,
Therese Garcia Lopez,

      Debtors.

Case No. 10-49621

Chapter 13

**MEMORANDUM REQUESTING STATUS CONFERENCE STATEMENT BEFORE HEARING ON TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO MODIFY PLAN**

A hearing on Chapter 13 Standing Trustee Martha Bronitsky's Objection to Debtors' Motion to Modify Plan will be held on September 12, 2013 at 1:30PM, Oakland Courtroom 220. So as to adequately prepare for the hearing, the Court hereby requests that the Trustee and the Debtors file a brief status conference statement on or before **September 10, 2013**. The statement should include the current status of the dispute between the parties and any other information necessary to the Court's review of this matter.

**END OF MEMORANDUM**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Jimmy Larry Lopez |
| | Therese Garcia Lopez |
| 3 | 3312 Trafalgar Rd. |
| | Fremont, CA 94555 |
| 4 | |
| | Gary Brenner, Esq. |
| 5 | 630 N San Mateo Dr. |
| | San Mateo, CA 94401 |
| 6 | |
| | Martha G. Bronitsky |
| 7 | P.O. Box 9077 |
| | Pleasanton, CA 94566 |